

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 15-MJ-02231 |
| GABRIEL ROBERT CAGGIANO, | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>November 17, 2015</u>, _____, at <u>3:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Jean P. Rosenbluth</u>, in Courtroom <u>827-A</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 11/13/15                                     _____
                                                    U.S. District Judge/Magistrate Judge